[No. 29700-1-II.   Division Two.   November 25, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. LAURENTIU GIOVANI MIHALACHE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-1-01300-7, John F. Nichols, J., entered December 5, 2002. *Remanded* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 29728-1-II.   Division Two.   November 25, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY M. MIRENTA, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 02-1-00947-3, James E. Warme, J., entered December 10, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 29778-7-II.   Division Two.   November 25, 2003.]

JAMES HERBERT HUMPHREY, *Respondent*, v. THE DEPARTMENT OF LICENSING, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 02-2-00748-8, F. Mark McCauley, J., entered December 9, 2002. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Seinfeld, JJ.

[No. 29921-6-II.   Division Two.   November 25, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RALPH CHESTER CROWL, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 02-1-01240-7, James E. Warme, J., entered January 27, 2003. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Bridgewater, JJ.